# IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN WELLS,
                                    Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF
TRANSPORTATION; RODOLFO
MALFABON, DIRECTOR; ROBERT
EASTON, PERSONNEL OFFICER II;
AND DEPUTY ATTORNEY
GENERAL/BOL/PERSON DIV.,
DOMINIKA J. BATTEN, DAG,
                                    Respondents.

No. 73936



FILED

SEP 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing a petition for judicial review. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it was filed more than thirty days after service of written notice of entry of the order. *See* NRAP 4(a)(1); NRAP 26(c). The district court entered its order denying appellant's petition on June 27, 2017. Written notice of entry was filed and served on appellant by mail on July 26, 2017. Appellant's notice of appeal was therefore due by August 28, 2017. *See* NRAP 4(a)(1); NRAP 26(c). Appellant filed the notice of appeal on August 31, 2017. An untimely notice

17-33188

of appeal fails to vest jurisdiction in this court. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Nancy L. Allf, District Judge
Jonathan Wells
Attorney General/Carson City
Attorney General/Reno
Eighth District Court Clerk

